

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00528-CV

**IN THE INTEREST OF C.F.S.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02140
Honorable H. Paul Canales, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We order that no costs be assessed against appellant R.S. because he is indigent.

SIGNED November 13, 2013.

_Marialyn Barnard_
Marialyn Barnard, Justice